

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00487-CR

| | | |
|---|---|---|
| Christopher Adrian Miller | § | From the 371st District Court |
| | § | of Tarrant County (1264863D) |
| v. | § | December 12, 2013 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment as to Count Three for aggravated sexual assault. We reverse Appellant's convictions as to Counts One, Two, and Four and render a judgment of acquittal as to those counts.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel